# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,

      Plaintiff,      :      Case No. 3:09-cv-419

                                District Judge Thomas M. Rose
    -vs-                    Magistrate Judge Michael R. Merz

                      :

MANPOWER NORTH AMERICA,

      Defendant.

## DECISION AND ORDER DENYING MOTION TO CONSOLIDATE

This case is before the Court on Plaintiff's Motion to Consolidate this case with Case No. 3:08-cv-033 in which he has sued manpower along with Harco and General Motors Corporation (Doc. No. 13).

Consolidation is governed by Fed. R. Civ. P. 42. Although there is one Defendant common to both of these cases, Plaintiff has not shown that there are common issues of fact or law. Furthermore, it would be inappropriate to consider consolidation until the Defendants in this case have been served and have an opportunity to respond.

Accordingly, the Motion to Consolidate is denied without prejudice to its renewal after service of process.

March 24, 2010.

                                                s/ **Michael R. Merz**
                                              United States Magistrate Judge