# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,

      Plaintiff,              :          Case No. 3:09-cv-419

                                    District Judge Thomas M. Rose
   -vs-                            Magistrate Judge Michael R. Merz
                              :

MANPOWER NORTH AMERICA, et al.,

      Defendants.

## ORDER QUASHING PROCESS

This case is before the Court *sua sponte*. On March 24, 2010, Jennifer Hageman entered an appearance for Manpower, Inc., asserting it was improperly named herein as Manpower North America and seeking an extension of time to answer (Doc. Nos. 15 & 16.) Although the Court granted the extension, it is noted that Manpower North America aka Manpower, Inc., is not a party to this case. Although named in the original Complaint, they were dropped in the Amended Complaint. Therefore the Summons issued as to them on February 10, 2010, should not have been issued and is hereby QUASHED.

March 25, 2010.

                                                               s/ **Michael R. Merz**
                                                             United States Magistrate Judge