# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Samuel Barrow, | : | |
| Plaintiff, | : | Case No. 3:09-cv-419 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| Manpower North America, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #22), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is dismissed without prejudice for want of prosecution.

May 17, 2010.                          *s/THOMAS M. ROSE*

                                       Thomas M. Rose
                                       United States District Judge