# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,

    Plaintiff,  :  Case No. 3:09-cv-419

                                   District Judge Thomas M. Rose
   -vs-                          Magistrate Judge Michael R. Merz

                              :

MANPOWER NORTH AMERICA,

    Defendant.

## DECISION AND ORDER DENYING SECOND MOTION TO CONSOLIDATE AND MOTION TO EXTEND TIME

This case is before the Court on Plaintiff's Second Motion to Consolidate this case with Case No. 3:08-cv-033 in which he has sued Manpower along with Harco and General Motors Corporation (Doc. No. 25). The Magistrate Judge denied Plaintiff's prior Motion to Consolidate without prejudice to its renewal after the Defendants had been served with process. That still has not happened and in fact this case was dismissed on May 17, 2010, because Plaintiff had failed, despite repeated warnings, to obtain service of process on any of the Defendants. Accordingly, the Second Motion to Consolidate is denied.

This case is also before the Court on Plaintiff's Motion for a forty-five day extension of time to obtain counsel and respond to the Report and Recommendations (Doc. No. 26). Plaintiff claims he did not get the Report and Recommendations and refers to a "mail theft document in file." *Id.* There is no such document on file in this case. Plaintiff already has counsel in his other case against Manpower. Furthermore, Plaintiff, as an indigent litigant, has had the assistance of the United States Marshal in his attempts to obtain service and had failed to do so despite the expiration of more

1

than 180 days since he filed the Complaint. Had he furnished the Marshal with good addresses for service, it would have been complete by now. (Note the effective service on Manpower North America after Plaintiff dropped it as a Defendant. Doc. Nos. 17, 18.) The Motion for extension of time is denied.

May 18, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge